877 A.2d 1178

IN THE MATTER OF CORY J. GILMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015181997).

May 25, 2005.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–434, concluding that **CORY J. GILMAN** of **SEA ISLE CITY**, who was admitted to the bar of this State in 1997, should be admonished for violating *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions about the representation) and *RPC* 1.10(a) (conflict of interest by virtue of association), and good cause appearing;

It is ORDERED that **CORY J. GILMAN** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.